RECEIVED
AUG 11 2020
U.S. DISTRICT COURT
DISTRICT OF R.I.

Clerk,    8·4·2020

I am writing in regards to my address issues. At my last address there has been a issue with my mail being misplaced and mishandled. Until further ~~notice~~ notice, can you please send all mail matters pertaining to case # 00283 to the address on the envelope thank you!

Pong et al v. State of Rhode Island et al

Please send anything that has taken place since the filing date. Thank you!

By Charles Emmel Pong Jr.
executor

Charles Emanuel Porter Penn
P.O. Box 8273
Cranston, R.I.
02920

PROVIDENCE RI 029
06 AUG 2020 PM 4 L

United States District Court
Office of the Clerk
Providence, R.I. 02903-1779