Rhode Island Department of Corrections
C/o Charles Emanuel Porter Pona
Maximum Security Prison.
Cranston. Rhode Island.

PROVIDENCE RI  028

10 NOV 2020 PM 4 L



U.S. District Court
District of Rhode Island
One exchange terrace
Providence, RI [02903]
Clerks Office

[LEGAL MAIL]

02903-177999