# Exhibit B

Executor Letters of Administration
For, R.I. Governor, R.I. Attorney
General, and R.I. State Court
Administrator; Certified
Documents; Certified Mail
Receipts and Returns (USPS)

U.S. Postal Service™

**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

JAN 30 2020

Postmark
Here

Sent To *Gina M. Reimondo, Governor of Rhode Island*
Street, Apt. No.; or PO Box No. *82 Smith St. Rm 115*
City, State, ZIP+4 *Providence, RI [02903]*

PS Form 3800, August 2006                    See Reverse for Instructions

7014 0150 0001 0713 2976

**U.S. Postal Service** ™
**CERTIFIED MAIL** ™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark
JAN 30 2020

Sent To
Marisa P. Brown, Superior court administrator
Street, Apt. No.;
or PO Box No. 250 Benefit Street
City, State, ZIP+4
Providence, RI [02903]

PS Form 3800, August 2006                    See Reverse for Instructions

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

JAN 30 2020

Sent To: Peter F. Neronha, Attorney General of R.I.
Street, Apt. No.; or PO Box No. 150 South Main St.
City, State, ZIP+4 Providence, RI [02903]

7014 0150 0001 0713 2969

PS Form 3800, August 2006                    See Reverse for Instructions

UNITED STATES POSTAL SERVICE
RI 028
03 FEB '20
PM 2 L

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

CHARLES EMANUEL PORTER PONA, ESTATE.
Executor Office.
Nation Rhode Island.
General Post-Office.
Corliss Street-Two-Four.
Providence.
United States Minor, Outlying Islands.
Near. [02904-9998]

FEB
5
2020
02904 USPS

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Superior court administrator,
Marisa P. Brown
Providence County Superior
Court
Frank Licht Judicial Complex
250 Benefit Street
Providence, RI [02903]

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☑ Certified Mail®   ☐ Priority Mail Express™
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number   7014 0150 0001 0713 2976
(Transfer from service label)   Affixed to Certified Document inside envelope.

PS Form 3811, July 2013        Domestic Return Receipt

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Rhode Island Attorney General,
Peter. F. Neronha
RI Attorney General Office
150 South-Main St.
Providence, RI [02903]

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☑ Certified Mail®   ☐ Priority Mail Express™
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number    7014  0150  0001  0713  2969
(Transfer from service label)   Affixed to Certified Document inside envelope.

PS Form 3811, July 2013          Domestic Return Receipt

---

UNITED STATES POSTAL SERVICE
RI 028
03 FEB '20
PM 2 1

|||||||||

First-Class Mail
Postage & Fees P
USPS
Permit No. G-10

- Sender: Please print your name, address, and ZIP+4® in this box•

CHARLES EMANUEL PORTER PONA, ESTATE
Executor Office.
Nation Rhode Island.
General Post-Office.
Corliss Street- Two-Four.
Providence.
United States Minor, Outlying Islands.
Near. [02904-9998]

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Rhode Island Governor,
Gina M. Raimondo
82 Smith st. Rm 115
Providence, RI [02903]

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X

☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery

2-13

CORLISS PARK STATION
FEB 2020
PROVIDENCE, RI
02904

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Priority Mail Express™
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number     7014 0150 0001 0713 2952
   (Transfer from service label)   Affixed to Certified Document inside envelope.

PS Form 3811, July 2013          Domestic Return Receipt

CHARLE EMANUEL PORTER  PONA, ESTATE.
Executor office.
Nation Rhode Island.
General Post-Office.
Corliss Street-Two-Four.
Providence.
United States Minor, Outlying Islands.
Near. [02904-9998]

Done by the light of the day of two-one January two-zero two-zero
===================================================
7014 0150 0001 0713 2952
===================================================

Office of Governor
ATTENTION: Gina M. Raimondo
1 Capitol Hill
Providence, RI [02903]
USA

*SUPERIOR COURT*
*FEB - 4 2020*
*ADMINISTRATOR*
*SUPERIOR COURT*
*FEB - 4 2020*
*ADMINISTRATOR*

To: Office of Governor, Gina M. Raimondo

From: Executor Office- CHARLES EMANUEL PORTER  PONA, ESTATE. EIN 83-6321826

Regarding: The unlawful an unwarranted Administration of CHARLES EMANUEL PORTER  PONA, ESTATE. Human chattel property, real and personal property of CHARLES EMANUEL PORTER PONA, ESTATE. held in constructive trusts raised through Rhode Island General Laws Title 11 operations of statutory law applicable to artificial persons. The Authorities of the Providence County Superior Court of Rhode Island, Judge's Robert D. Krause, and Melissa E. Dargan. The office of Attorney General for Rhode Island, Peter F. Neronha and all other authorities of his office. These Authorities are not authorized to Administrate CHARLES EMANUEL PORTER PONA, ESTATE. with written delegated authority from this Executor office. Your author authorities are not recognized.

Enclosed, you fill find copies of Certified Documents, one to the attention of State Superior Court Administrator, Marisa P. Brown, and one to the attention of Rhode Island Attorney General, Peter F.  Neronha . You are hereby placed on NOTICE regarding the acts of fraud and trespass upon CHARLES EMANUEL PORTER  PONA, ESTATE. This is the 3rd and final communication and ORDER  dispatched to all the within mentioned in entities. Total trespass damages of 3.5 Million dollars per day as of the date this executor letter is received and accepted, until all fraudulent claims are relinquished, when made whole from all damages suffered from fraudulent acts,  and the return of any and "all" property (real and personal) relating to "all species" of  CHARLES EMANUEL PORTER  PONA, ESTATE. If you do not respond to this executor letter within 3 days it shall be considered accepted within the doctrine of estoppel be acquiescence, that is, 3 days upon presentation by USPS certified Mail.

Govern yourself accordingly,

By executor: *Charles Emanuel Porter Pona*

CHARLES EMANUEL PORTER  PONA, ESTATE.
Executor- Office.
Nation Rhode Island.
General post-office.
Corliss Street Two-Four.
Providence.
United States Minor, Outlying Islands.
Near.[02904-9998]

Certified Document:

Copy To:
State Court Administrator
Marisa P. Brown
Superior Court Providence
State of Rhode Island


Copy To:
RI Attorney General
Peter F. Neronha
State of Rhode Island


### THE STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS:


Appearing before me, a notary public: ANTHONY F. DEL BONE
_____,Is the above signed individual, CHARLES EMANUEL PORTER  PONA  who appeared
before me on : JANUARY  Z 9 _____ , 2020.

My Commission expires on:_____7 / 15/ 2 c_____ .[SEAL]

ANTHONY  F. DEL BONE
NOTARY  PUBLIC
COMMISSION  EXPIRES  7/15/20

2 of 2

CHARLES EMANUEL PORTER  PONA, ESTATE.
Executor Office.
Nation Rhode Island.
General Post-Office.
Corliss Street-Two-Four.
Providence.
United States Minor, Outlying Islands.
Near. [02904-9998]



Done by the light of day of one-nine-January two-zero two-zero
=========================================================
        7014 0150 0001 0713 2976
=========================================================

Office of State Court Administrator
ATTENTION: Marisa P. Brown,
Superior Court Administrator
Frank Licht Judicial Complex
Providence County Superior Court
250 Benefit Street
Providence, RI [02903]
USA

To: Office of State Superior Court Administrator, Marisa P. Brown

From: Executor Office; for- CHARLES EMANUEL PORTER  PONA, ESTATE. EIN 83-6321826

Regarding: The unlawful an unwarranted Administration of CHARLES EMANUEL PORTER  PONA, ESTATE. pertaining to constructive trusts [case# P1-2000-0869AG], [case# P1-2002-2571AG], and all other existing with records kept with, and dispersed elsewhere, by this office. This office, Marissa P. Brown, Superior Court Judges Robert D. Krause, and Melissa E. Darigan, along with all other authorities of the Providence County Superior Court, Rhode Island, has Administrated for CHARLES EMANUEL PORTER  PONA, ESTATE. without written delegated authority. The office, its court Administrator, Marissa P. Brown and the above-mentioned authorities for the Providence County Superior Court, Frank Licht Judicial complex is not recognized for lack of authority.

Enclosed, you will find the "abandoned" paperwork associated with [case# PC-2018-9139] and Judge Melissa E. Darigan's  erroneous "allegation" that the Providence County Superior Court in its authorities, possess the authority from the Executor Office to Administrate for  CHARLES EMANUEL PORTER  PONA,  ESTATE. EIN 83-6321826. This false claim, as well as those false claims relevant to constructive trusts [case# P1-2000-0869AG], [case# P1-2002-2571AG], and all others are matters of fraud and trespass. These false claims are hereby adjourned.

*1 of 3*

You will forthwith return in transmit the specific written delegated authority of the state Superior Court Administrator, and the authorities of Providence County Superior Court, including but not limited to, Judge's Robert D. Krause, Melissa E. Darigan, Superior Court Administrators Marissa P. Brown, and Chief Financial Officer Craig Burke, that authorization to Administrate CHARLES EMANUEL PORTER PONA, ESTATE. has been warrant, together with a certified copy of your oath for the office, accompanied by certified copies of your BAR BOND, a detailed list of "all" other bonds, sureties, indemnification, reciprocation agreements, insurance and Court Registry Investment System ( CRIS) CUSIP numbers, full-accounting relating in any way to anyone's personal or professional involvement as referenced herein, and The arrogated paperwork intrusion upon CHARLES EMANUEL PORTER PONA, ESTATE. by State Superior Court Administrator Marisa P. Brown's breach in swearing and in her oath, two Capital offenses punishable under State and Federal law. Total trust damages of 3.5 Million dollars per day as of the date this executor letter is received an accepted, and so all Fraudulent claims are relinquished, when made whole from all damages suffered from Fraudulent acts, and the return of any and all Property (Real and Personal ) relating to CHARLES EMANUEL PORTER PONA, ESTATE. [ case# P1-2000-0869AG], [case# P1-2002-2571AG], [case# PC-2018-9139], as well as all others exiting with this office. Let it be further understood that the executor, DEVON CHARLES EMANUEL PORTER PONA, ESTATE. is "in full life" living and breathing as a sentient being natural person who has been and remains outside of the scope of a Rhode Island General Law Title 11 Statutory Person. With such an understanding, the executor, CHARLES EMANUEL PORTER PONA, ESTATE. is to be immediately released from restraints and confinement as discharge from the Rhode Island Department of Corrections under the custody in control of its Director, Patricia Coyne-Fague, as this institutions authority is not recognized. All property of the ESTATE is to be returned to the ESTATE. If you do not respond to this executor letter within 3 days it shall be considered accepted within the doctrine of estoppel by acquiescence, that is, 3 days upon presentation by USPS certified mail.

Govern yourself accordingly,

by executor: *Charles Emanuel Porter Pona*

CHARLES EMANUEL PORTER PONA, ESTATE.
Executor Office.
Nation Rhode Island.
General Post-Office.
Corliss Street-Two-Four.
Providence.
United States Minor, Outlying Islands.
Near.[02904-9998]

Certified Document:

Copy To:
RI Governor Office
Gina M. Raimondo
State of Rhode Island.

Copy To:
RI Attorney General Office of
Peter F. Neronha
State of Rhode Island.

<u>THE STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS:</u>

Appearing before me, a notary public: _Arthur F DEL BONV_ ,

is the above signed individual, CHARLES EMANUEL PORTER  PONA who appeared before me on: _January 29_ , 2020.

My commission expires on: _7/15/26_ .

[SEAL]

_Arthur F. DEL BONVS_
_NOTTAS PUBLZ_
_Commission  Expires 7/15/26_

3 of 3

CHARLES EMANUEL PORTER  PONA, ESTATE.
Executor Office.
Nation Rhode Island.
General Post-Office.
Corliss Street-Two-Four.
Providence.
United States Minor, Outlying Islands.
Near. [02904-9998]

Done by the light of day of one-seven January two-zero two-zero

==============================================================
7014 0150 0001 0713 2969
==============================================================

SUPERIOR COURT
FEB - 4 2020
ADMINISTRATOR

SUPERIOR COURT
FEB - 4 2020
ADMINISTRATOR

Office of Rhode Island Attorney General
ATTENTION: Peter F. Neronha
150 South Main Street
Providence, RI [02903]
USA

To: Office of Rhode Island Attorney General, Peter F. Neronha

From: Executor Office; For – CHARLES EMANUEL PORTER  PONA, ESTATE. EIN 83-6321826

Regarding: The Unlawful and unwarranted Administration of  CHARLES EMANUEL PORTER PONA, ESTATE. pertaining to constructive trusts [case# P1-2000-0869AG], [case# P1-2002-2571AG],  and all others existing with records kept with, and dispursed elsewhere, buy this office. This office has furnished the consideration for the raising of said constructive trust under the equitable statutory Justification of the Providence County Superior Court, State of Rhode Island. This office, and its occupant, Peter F. Neronha Does not possess the written delegated authority from the Executor Office for CHARLES EMANUEL PORTER  PONA, ESTATE. to warrant Administration; thus, the authority of this office (RIAG)  is not recognized.

Enclosed, you will find the "abandoned" paperwork regarding [case# PC-2018-9139] which appears to erroneously "allege" that the office of Rhode Island Attorney General , 150 S Main Street , Providence , Rhode Island [02903], by it on authorized acts, fraudulently claim authority from this Executor office to Administrate for CHARLES EMANUEL PORTER  PONA , ESTATE. These False claims as well as those false claims relevant to [case# P1-2000-0869AG], [case#P1-2002-2571AG], and all others, are matters of fraud and trespass. These false claims are hereby adjourned.

1 of 3

You will forthwith return in transmit the specific written delegated authority of the Rhode Island Attorney General Office, that authorization to administrate CHARLES EMANUEL PORTER PONA, ESTATE. has been warranted, together with a certified copy of your oath for the office, accompanied by certified copies of your BAR BONDS, a detailed list of "all" others bonds, sureties, indemnification, reciprocation agreements, insurance and Court Registry Investment System (CRIS)  CUSIP numbers, full- accounting Relating in any way to anyone's personal or professional involvement as referenced herein, and the arrogated paperwork intrusion upon CHARLES EMANUEL PORTER  PONA, ESTATE. by Rhode Island General, Peter F. Neronha's breach in swearing in his oath, two capital offenses punishable under the state and federal law. Total trespass damages of 3.5 million dollars per day as of the date this executor letter is received and accepted, until all fraudulent claims are relinquished, when made whole from all damages suffered from fraudulent acts, and the return of any and all property (real and personal) relating to CHARLES EMANUEL PORTER  PONA, ESTATE. [case# P1-2000-0869AG], [case# P1-2002-2571AG],  [case# PC-2018-9139] as well as all others existing with this office. Let it be further understood that the executor, CHARLES EMANUEL PORTER  PONA, ESTATE. is in "full life" living in breathing as a sentient being natural person who has been an remains outside of the scope of a Rhode Island General Law Title 11 statutory person. With such an understanding, the executor, CHARLES EMANUEL PORTER  PONA, ESTATE. is to be immediately release from restraints and confinement as discharge from the Rhode Island Department of Corrections under the custody and control of its Director , Patricia Coyne- Fague, as this institutions authority is not recognized. All property of the ESTATE is to be returned to the ESTATE. If you do not respond to this executor letter within 3 days it shall be considered accepted within the doctrine of  estoppel by acquiescence, that is 3 days upon presentation by USPS certified Mail.

Govern yourself accordingly,

by executor: _Charles Emanuel Porter Pona_
CHARLES EMANUEL PORTER  PONA, ESTATE.
Executor office.
Nation Rhode Island.
General Post-Office.
Corliss Street -two-four.
Providence.
United States Minor, Outlying Islands.
Near. [20904-9998]

Certified Document:

Copy To:
RI Govern Office
Gina M. Raimondo.
State of Rhode Island.

Copy To:
Office of State court Administrator
Marisa P. Brown
State of Rhode Island.

2 of 3

<u>THE STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS:</u>

Appearing before me, a Notary Public: _AnTHony F. DEC BoyE_ ,
is the above signed individual, CHARLES EMANUEL PORTER  PONA  who appeared before me
on: _JAnuARy 29_ ,2020.
My commission expires on:_ 7/15/20 _.
[SAEL]

ANTHony F. DeC BoyE
NoTAry puBLiC
Commission expires 7/15/20

3 of 3