Rhode Island Department of Corrections.
c/o Charles Emanuel Porter Pona.
Maximum Security Prison.
Cranston. Rhode Island.

7014 0150 0001 0713 4352



U.S. District Court
For District of Rhode Island
one exchange terrace
Providence, Rhode Island.
[02903]

OFFICE OF THE CLERK

Legal Mail
Deposited in
prison receptacle
on 12-18-20