# United States Court of Appeals
## For the First Circuit
_____

No. 21-1073

CHARLES EMANUEL PORTER PONA, in the capacity of executor for, Charles Emanuel Porter Pona, Estate

Petitioner - Appellant

DEVON DENZEL LETOURNEAU, in his capacity of executor for, Devon Denzel Letourneau, Estate

Petitioner

v.

STATE OF RHODE ISLAND; GINA M. RAIMONDO, Governor, State of Rhode Island; PETER F. NERONHA, Attorney General, State of Rhode Island; MARISA P. BROWN, Administrator, Rhode Island State Court; RHODE ISLAND DEPARTMENT OF CORRECTIONS; PATRICIA ANNE COYNE-FAGUE, Director, Rhode Island Department of Corrections

Respondents - Appellees
_____

**JUDGMENT**

Entered: March 3, 2021
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of appellant's unopposed motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b).

Mandate to issue forthwith.


By the Court:

Maria R. Hamilton, Clerk

cc:
Justin James Sullivan
Devon Denzel Letourneau
Charles Emanuel Porter Pona