# United States Court of Appeals
## For the First Circuit

No. 21-1073

CHARLES EMANUEL PORTER PONA, in the capacity of executor for, Charles Emanuel Porter Pona, Estate

Petitioner - Appellant

DEVON DENZEL LETOURNEAU, in his capacity of executor for, Devon Denzel Letourneau, Estate

Petitioner

v.

STATE OF RHODE ISLAND; GINA M. RAIMONDO, Governor, State of Rhode Island; PETER F. NERONHA, Attorney General, State of Rhode Island; MARISA P. BROWN, Administrator, Rhode Island State Court; RHODE ISLAND DEPARTMENT OF CORRECTIONS; PATRICIA ANNE COYNE-FAGUE, Director, Rhode Island Department of Corrections

Respondents - Appellees

**MANDATE**

Entered: March 3, 2021

In accordance with the judgment of March 3, 2021, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Devon Denzel Letourneau
Charles Emanuel Porter Pona
Justin James Sullivan